# Exhibit A





Bar applicants: we are keeping all official upload extensions posted at http://go.examsoft.com/barupdates - check in for the most recent info!

Like · Comment

**ExamSoft Worldwide, Inc.**
July 30

To Rhode Island Bar applicants: Your upload deadline has been extended until TODAY (7/30) at 11:00 pm.

Like · Comment

**Justin Chevet** IFI may, last night's mass malfunction of your server, preventing applicants from uploading their exam that day was beyond inexcusable!! your contracts should seriously be rescinded for this.

how difficult is it really to employ some foresight an... See More
July 30 at 9:52am

**ExamSoft Worldwide, Inc.**
July 29

To Missouri Bar applicants: Your upload deadline has been extended until TOMORROW (7/30) at 10:00 pm.

Like · Comment

Craig Downs likes this.          Top Comments ▾

**Jon von Gillern** by my math, if every examsoft file was 200kb, and there were 200,000 test takers, Azure blob storage would charge you TWO DOLLARS AND FORTY-FIVE CENTS to accept and store all of that data. Your service is a joke and your engineers should be fired.
👍 9 · July 29 at 9:06pm

**Kostas Moros** Guys, chill the fuck out.

No State Bar is going to fail you for this. I mean, if it were JUST you having the problem then maybe. But they are or will be fully aware that what seems like many thousands of test takers are having issues.... See More
👍 3 · July 29 at 9:54pm

3 Replies

View 1 more comment

**ExamSoft Worldwide, Inc.**
July 29

To Idaho Bar applicants: Your upload deadline has been extended until FRIDAY (8/1) at 11:59 pm.

Like · Comment

Alison Schenkelberg likes this.          Top Comments ▾

**Justin Chevet** IFI may, last night's mass malfunction of your server, preventing applicants from uploading their exam that day was beyond inexcusable!! your contracts should seriously be rescinded for this.

how difficult is it really to employ some foresight an... See More
July 30 at 9:57am

**Vincent Schraub** Sweet, tell them after the deadline has already passed!
July 29 at 9:13pm

View 2 more comments

**ExamSoft Worldwide, Inc.**
July 29

To Illinois Bar applicants: Your upload deadline has been extended until TOMORROW (7/30) at 9:00 pm.

Like · Comment



**Nancy Reeves** Ouch! So examinees who have to take a 6 hour multiple choice exam tomorrow have to stay up to continue to try to upload their exam to make sure they make the 8 AM deadline.
👍 2 · July 29 at 8:50pm

**Tar Ah** Remember how you once again made a mistake by telling us last night that the deadline for MN was 8 PM TONIGHT instead of 8 AM THIS MORNING?
👍 1 · July 30 at 4:12am

View 4 more comments

---

**ExamSoft Worldwide, Inc.**
July 29

To Kansas Bar applicants: Your upload deadline has been extended until TOMORROW (7/30) at 9:00 pm.

If possible, please attempt to upload tomorrow. Thank you for your patience, know that we're posting all new info in real-time as it is received.

Like · Comment

Tyler Hessler and Karen Haney like this.            Top Comments ▼

**Courtney Skelcher** This is unbelievably disrespectful. I don't think you quite understand the pressure we are all under. We understand technical issues happen (although you are supposed to be a tech company), but your "support staff" is a joke and you should at the VERY ... See More
👍 17 · July 29 at 7:22pm

**Courtney Skelcher** It's past MN bar exam deadline- any chance someone will respond to one of us about OUR deadline?
👍 3 · July 29 at 7:19pm

    **Jeff Leys** Nope.
    👍 1 · July 29 at 7:24pm

View 6 more comments

---

**ExamSoft Worldwide, Inc.**
July 29

To North Carolina Bar applicants: Your upload deadline has been extended until TOMORROW (7/30) at 1150pm.

Like · Comment                                                    📄 1 Share

Sally Smith likes this.                              Top Comments ▼

**Nicholas Roberts** To those of sitting for the bar next year... look for a fact pattern discussing whether or not an applicant, after suffering a nervous breakdown and subsequent committal to a mental institution, may recover damages against examsoft for intentional infl... See More
👍 12 · July 29 at 7:34pm · Edited

💬 2 Replies

**Courtney Skelcher** It's past MN bar exam deadline- any chance someone will respond to one of us about OUR deadline?
👍 2 · July 29 at 7:16pm

View 4 more comments

---

**ExamSoft Worldwide, Inc.**
July 29

To Tennessee bar applicants: Your upload deadline has been extended until TOMORROW (7/30) at 9PM ET for Knoxville, & 9PM CT for Memphis and Nashville.

Like · Comment

Sally Smith likes this.                              Top Comments ▼

**Melissa Martinez** MN?
👍 4 · July 29 at 7:06pm

View 2 more comments

**ExamSoft Worldwide, Inc.**
July 29

To Oklahoma Bar applicants: Your upload deadline has been extended until TOMORROW (7/30) at 9pm per the state bar association. If possible, please attempt to upload tomorrow. Thank you for your patience, more information will be forthcoming.

Like · Comment

Vick Jamez likes this.                                          Top Comments ▼

**Mark Russell Pereira** Benjamin Schiller
👍 3 · July 29 at 6:59pm

**Jeremy R. Diamond** Big deal. This info doesn't even help... How about telling us how close you are to resolving this issue.
👍 2 · July 29 at 6:56pm · Edited

💬 View 1 more comment

**ExamSoft Worldwide, Inc.**
July 29

To PA Bar Applicants only: Your upload deadline has been extended until TOMORROW (7/30) at 600pm. If possible, please attempt to upload tomorrow. Thank you for your patience, more information will be forthcoming.

Like · Comment

Victoria Montano likes this.                                    Top Comments ▼

**Will Clarke** WHAT ABOUT SOUTH CAROLINA??? Get it together.
👍 2 · July 29 at 6:50pm

**Anne McCarthy** What about Colorado?
July 29 at 7:52pm

💬 View 1 more comment

**EARLIER IN 2014**                                             HIGHLIGHTS ▼

**ExamSoft Worldwide, Inc.**
July 29

To New York Bar applicants only: Your upload deadline is TOMORROW (7/30) at 830pm. If possible, please attempt to upload tomorrow. Thank you for your patience, more information will be forthcoming.

Like · Comment                                                  1 Share

Jin Yu and Barbara Grahn like this.                             Top Comments ▼

**Daniel Lewkowicz** This is seriously the worst company I have ever dealt with
👍 19 · July 29 at 5:57pm

**Manoela Miranda** Seriously? While we are taking the MBE? Or should we wake up 2 hours earlier to try to upload it? This is disrespectful.
👍 17 · July 29 at 6:00pm

💬 View 29 more comments

**ExamSoft Worldwide, Inc.**
July 29

To Ohio State Bar applicants only - The Ohio State Bar has extended the uploading deadline until tomorrow (7/30) at 10pm. Please attempt uploads tomorrow morning, if possible.

Thank you for your patience, more updates will come here, or on Twitter (@ExamSoft)

Like · Comment                                                  12 Shares


Lauren A Hawkins, Barbara Grahn, Megan Bayless and 3 others like this.    Top Comments ▼

**Ray Smith** I would love to upload this stuff tomorrow morning, but I will be taking the Ohio Bar Exam!!!
👍 23 · July 29 at 5:38pm

**Justin C. Cliburn** Remember when HealthCare.gov was crashing and everyone said "this would never happen in the private sector" . . . ?
👍 11 · July 29 at 6:36pm

View 6 more comments

**ExamSoft Worldwide, Inc.**
July 29 · Edited

ExamSoft is currently experiencing server lags for state bar uploads. We apologize for the inconvenience. Please know we're working to resolve the situation as quickly as possible. We are receiving uploads, just very slowly, so please continue to attempt when possible.

Like · Comment     26 Shares

Zev Rattet, Kate Hanley and 2 others like this.    Top Comments ▼

**Austin Baird** Your software won't connect to the internet. Your webpages won't load. You won't answer your support lines. It's not a "server lag". It's a shitshow.
👍 110 · July 29 at 4:55pm · Edited

**Austin Baird** Should I have put that in IRAC form?
👍 86 · July 29 at 4:57pm

    5 Replies

View 46 more comments

**ExamSoft Worldwide, Inc.** shared a link.
July 25

"Deeming someone competent, in a professional sense, is a task that few competency-based education programs address. While doing an excellent job, in many instances, of determining mastery of a body of knowledge, most fall short in the assessment of true competence."

**Let's differentiate between 'competency' and 'mastery' in higher ed (essay) @insidehighered**
www.insidehighered.com
"Competency-based" education appears to be this year's answer to America's higher education challenges, judging from this week's news in Washington. Unlike MOOCs (last year's solution), there is,...

Like · Comment · Share

Amber Rust and Karen Haney like this.    Top Comments ▼

**Jake Berger** interesting that your company has any opinions on competence given the bar exam upload situation. hmm....
👍 40 · July 29 at 4:40pm

**Amber McCullough** SoftTest having anything to say about competence.... what a joke
👍 10 · July 29 at 5:37pm

View 3 more comments

**ExamSoft Worldwide, Inc.** shared a link.
July 17

"Measures like completion rates certainly tell us something, they just cannot present the full story of excellence."





**ExamSoft Worldwide, Inc.**
July 3

The Dallas Business Journal has recently named ExamSoft one of the best small companies to work for in Dallas!

http://blog.examsoft.com/examsoft-best-small-company-dallas-business-journal/

Like · Comment · Share                                8  3

**ExamSoft Worldwide, Inc.**
July 1 · Edited

Both our offices are rooting for Team USA today - we believe! #worldcup

Like · Comment · Share                          19  2  1 Share

**ExamSoft Worldwide, Inc.** shared a link.
June 30

"Building on its Seamless Online Learning Environment launched last year, [St. Joseph by-the-Sea High School] most recently partnered with ExamSoft Worldwide to administer six of its final exams exclusively on student iPads. This move marks the first of its kind in the country."











**College Board Details New SAT Redesign With Release of Test Specs**
blogs.edweek.org
Details and sample questions are released in advance of the spring 2016 roll out of the new redesigned SAT.

Like · Comment · Share

See More Stories