# Exhibit C

# ABOVE THE LAW

30 Jul 2014 at 10:30 AM
**BAR EXAMS**, **SCREW-UPS**, **SOCIAL MEDIA**, **SOCIAL NETWORKING WEBSITES**, **TECHNOLOGY**, **TWITTERING**

### Would-Be Lawyers Take To Twitter To Scream At ExamSoft Over #Barghazi

By STACI ZARETSKY

In case you're not already well aware, last night the legal profession stood witness to the biggest bar exam disaster in history. Bar exam takers nationwide were absolutely enraged — as they rightfully should have been — because ExamSoft's servers were overrun by thousands of aspiring lawyers trying to upload their essays before their state's deadline came and went.


ExamSoft made many bar takers cry last night.

Instead of going about their business and exhibiting "forbearance with the situation" as requested by the bane of their collective existence, bar takers flocked to Twitter to shake their virtual fists in anger in tweets directed at ExamSoft.

As you can imagine, there were some very entertaining tweets being sent out. If you love schadenfreude and other people's pain brings you pleasure, you'll love this…

Here's a collection of some of the best tweets from the angry mob of law school graduates who were trying to upload their exams. We do feel for these folks, but you can't help but laugh at some of their tweets.









**Joseph H**
@old_bro_hubbard
Follow

Bar results are already in, & ExamSoft failed. MT @atlblog: A report on #barexam disaster due to @ExamSoft problems: bit.ly/1n1ajMk
9:12 PM - 29 Jul 2014

**9** RETWEETS  **6** FAVORITES

**OnTheBench**
@Huerts31
Follow

Are the folks at #examsoft the same who did the Obamacare website?
8:07 PM - 29 Jul 2014

**12** RETWEETS  **14** FAVORITES

**Helena Henderson**
@helenahenderson
Follow

How to sell irony. "@ExamSoft: Worrying about your handwriting is SO 1994 @BarGripes2014, we got'cha covered. Good luck tomorrow! #barexam"
9:24 PM - 29 Jul 2014

**1** FAVORITE

**lauren**
@lauren89ru
Follow

I
I believe
I believe that
I believe that my bar exam will upload.
I believe that my bar exam will upload.

#usa #barexam @barpreplife
7:57 PM - 29 Jul 2014

**9** RETWEETS  **14** FAVORITES

**Austin Baird**
@ASBaird
Follow

Surprise! The #barexam has a bonus torts questions. Unfortunately, it's a real-life simulation where #examsoft screws us over.
5:06 PM - 29 Jul 2014

**26** RETWEETS  **26** FAVORITES

We're still trying to wrap our minds around how this even occurred. For more of this insanity, check out the #ExamSoft and #BarExam hashtags on Twitter — and pray for these poor souls come Essay Day #2.

**Earlier**: The Biggest Bar Exam Disaster Ever? ExamSoft Makes Everyone's Life Hard

TOPICS    Bar Exams, Bargazi, Barmageddon, ExamSoft, Screw-Ups, Social Media, Social Networking Websites, Technology, Twitter, Twittering

http://abovethelaw.com/2014/07/would-be-lawyers-take-to-twitter-to-scream-at-examsoft-over-barghazi/