# Exhibit D



TOPICS          COMMUNITIES


**No LSAT** Required
lsat.degreele…up.com
Earn a Law Degree Without the LSAT! Find Accredited Schools.

**3.8k**
Shares



# This is what happens when you piss off every aspiring lawyer at once

Facebook
(http://facebook.com/dailydot)
**(http://facebook.com/dailydot)**
Like  655k

Twitter
**(https://twitter.com/d**
(https://twitter.com/dailydot)
Follow  207K follo

Tumblr
**(http://dailydot.tumb**
(http://dailydot.tumblr.com/)
Staff on Tumblr



(mailto:?
subject=Check

By Austin Powell (/authors/austin-powell) (Google+ (https://plus.google.com/+AustinPowell10?rel=author)) on July 30, 2014
Email (mailto:austin@dailydot.com?subject=This%20is%20what%20happens%20when%20you%20piss%20off%20every%20aspiring%20lawyer%20at%20o
Follow

The results of the bar exam won't be available for months, but it's already painfully clear who failed this year: ExamSoft.

The management platform suffered severe technical difficulties Tuesday that prevented thousands of students from uploading their exams upon completion.

The bar examination is the single most-important test in a law student's career. It's required to obtain a license to legally practice law in a given state. Students can suffer through three years of classes and graduate cum laude, but without a passing grade on the bar, all they'd have to show for it is a pile of debt. Most students spend thousands of dollars on bar review prep courses like BARBRI and dedicate months to intense cramming.

In Oregon, students applying for the bar examination in February 2015 must pay $140 to use the ExamSoft software. The only alternative is to handwrite the essays, which is far more time-intensive and lacks the obvious benefits of word-processing software. Similar arrangements are presumably in place for other states, all of which began administering the test Tuesday.

The two-day, multi-hour test—given only twice a year—is so stressful, in fact, that ExamSoft published (http://blog.examsoft.com/bar-exam-panic-mode/) a guide earlier this month to assist students in "bar exam panic mode." It instructs students to seek help if feeling emotionally drained and to "take care of the things you can control."


(/)

**3.8k**
Shares →

TOPICS          COMMUNITIES

Related News



Now, however, it appears that ExamSoft has only worsened the situation for students.

The company's technical glitch prevented students across the country from uploading their essays Tuesday night. ExamSoft claimed on Twitter (https://twitter.com/ExamSoft/status/494254673830739968) its servers were clogged and recommended that students attempt to manually upload the essays every 30 minutes.

Many of the students affected took to Twitter to vent their frustrations, some dubbing it "barghazi (https://twitter.com/hashtag/barghazi?src=hash)," while others commiserated in online forums (http://www.top-law-schools.com/forums/viewtopic.php?f=41&t=233791).

Here's a small sampling of what happens when you piss off sleep-deprived, anxiety-riddled, soon-to-be-lawyers:

**1**

Share

✉ (mailto:?
subject=Check



lawvococonut
@Lawvocado                                    Follow

Friend posted this morning: "we're all in the same boat. Too bad it's the Titanic."

So #ExamSoft is the Titanic, right?

7:31 PM - 29 Jul 2014

11 RETWEETS  14 FAVORITES



Jeff Monahan
@monahan00                                     Follow

#ExamSoft with the biggest technical SNAFU since the Superbowl lights went out

7:15 PM - 29 Jul 2014

3 RETWEETS  3 FAVORITES

OverWorked, esq
@Barred_inCharge                              Follow

You know who failed the bar exam? ExamSoft.
#barexam #examsoft

6:45 PM - 29 Jul 2014

27 RETWEETS  34 FAVORITES

Simon Roberts                                  Follow



**School of Doodle is every girl's dream high school**
(/entertainment/school-of-doodle-kickstarter/) (/entertainment/school-of-doodle-kickstarter/)

102   At School of Doodle, "exercising your imagination can quite possibly change your life."

By Audra Schroeder (//authors/audra-schroeder/) — July 29, 2014

**Are video games leveling up or dumbing down education?**
(/lifestyle/education-gamification-classroom-video-games/) (/lifestyle/education-gamification-classroom-video-games/)

231   A growing legion of skeptics fear the rush to transform education into a video arcade may be nothing more than a distraction.

By Aaron Sankin (//authors/aaron-sankin/) — March 06, 2014



The New York Times

AS ONLY THE TIMES CAN DELIVER





(/)
TOPICS COMMUNITIES

3.8k
Shares

OnTheBench
@Huerts31
Follow

Are the folks at #examsoft the same who did the Obamacare website?

8:07 PM - 29 Jul 2014

12 RETWEETS 14 FAVORITES

Jeff Monahan
@monahan00
Follow

It's hysterical how stressed people are getting about #ExamSoft. Joke's on you - I already failed! #barprep

7:26 PM - 29 Jul 2014

1
Share

Lawl Baker
@Lawlbaker
Follow

When you've fucked uploading the bar exam in all fifty states, it's time to stop making state-specific announcements #examsoft

7:06 PM - 29 Jul 2014

2 RETWEETS 4 FAVORITES

(mailto:?subject=Check

Legal threats have piled up faster than you can say "class-action lawsuit."

Kaitlin Marsh Blake
@kaitmmarsh
Follow

Class action lawsuit for intentional infliction of emotional distress? #examsoft

7:11 PM - 29 Jul 2014 Kansas, USA, United States

2 RETWEETS 8 FAVORITES

Nick Daisy
@NickdaisyDaisy
Follow

Is #examsoft a tangible good? I need to know whether to pursue my claim under the common law or UCC.

(/) TOPICS COMMUNITIES

3.8k
Shares

Simon Roberts
@simonsays927
Follow

@monahan00 "Who do we have to sue around here to get this thing uploaded?" #examsoft
7:51 PM - 29 Jul 2014

3 RETWEETS 3 FAVORITES

Uju O. @Ok_Uju 30 Jul
Lol at that time #examsoft pissed off thousands of soon to be lawyers. With their powers combined, they are... getting around that waiver.

Charlotte Stewart
@carolinguia
Follow

@Ok_Uju @barpreplife Adhesion contracts are void as against public policy #examsoft Also, breach of implied warranty of merchantibility?
6:42 PM - 29 Jul 2014

2 RETWEETS 6 FAVORITES

1
Share

Nick Daisy
@NickdaisyDaisy
Follow

Truth is a defense to defamation, right? Ok, good.

Then let it be known:

#examsoft SUCKS.

#barexam2014
6:28 PM - 29 Jul 2014

(mailto:?
subject=Check

Even when the software worked as intended, it still managed to fall short:

Satie
@satiem
Follow
Hey @examsoft you spelled "received" wrong. #examsoft



ExamSoft has been in damage control for hours. It offered a hashtagged apology and pledged to post real-time updates about "possible extensions," the keyword being "possible." So far, students in Oklahoma, Tennessee, Pennsylvania, West Virginia, Maryland, New York, Ohio, and Missouri have been granted extensions. The status for students in states like Oregon, however, remains unclear.

Truly, hell hath no fury like a batch of potential lawyers scorned.

ExamSoft did not respond to a request for comment at press time, and its customer service line has been busy for hours.

*Photo by frankjuarez (https://www.flickr.com/photos/frankjuarez/)/Flickr (CC BY-SA 2.0)*



3.8k

Shares

TOPICS          COMMUNITIES

Like   Reply

**Luke Garrett (http://www.facebook.com/profile.php?id=202700227)**
(http://www.facebook.com/profile.php?id=202700227)

6 days ago

If that happened to me after the texas bar
I think my heart would have exploded.
After New Mexico's I could have been
patient but still angry. Not angry enough
to twatter about it though.

Like   Reply

**Michael Sowell (http://www.facebook.com/profile.php?id=1004621698)**
(http://www.facebook.com/profile.php?id=1004621698)

6 days ago

What? Is there a lawyer shortage or something?

1 () Like   Reply

**Josh Hammons (http://www.facebook.com/profile.php?id=100000747138163)**
(http://www.facebook.com/profile.php?id=100000747138163)

6 days ago

Thankfully I took it in February and not
now

Like   Reply

**James Ragain (http://www.facebook.com/profile.php?id=513331516)**
(http://www.facebook.com/profile.php?id=513331516)

6 days ago

Open book test.

Like   Reply

**Remmy Vazquez (http://www.facebook.com/profile.php?id=750569080)**
(http://www.facebook.com/profile.php?id=750569080)

6 days ago

What do you mean? They meant the answers
people have put as their choice. Not a key.

Like   Reply

**Simon**
()

6 days ago

wait, this is a good news stories:

there are slightly fewer lawyers than there would be
if examsoft hadn't f*cked up.

Like   Reply

**James Ragain (http://www.facebook.com/profile.php?id=513331516)**
(http://www.facebook.com/profile.php?id=513331516)

7 days ago

"The answers are still on your computer". Direct
quote from the company. Every person that does
not get 100% now is lazy.

Like   Reply

**Andrew Kotcher (http://www.facebook.com/profile.php?id=546702535)**
(http://www.facebook.com/profile.php?id=546702535)

7 days ago

Aww how can you feel bad about pissed off
lawyers? They are ruining america , not all but
enough.





(/)

TOPICS COMMUNITIES

3.8k
Shares

1
Share

(mailto:?subject=Check

Like Reply

**Travis Britton (http://www.facebook.com/profile.php?id=1591260072)** (http://www.facebook.com/profile.php?id=1591260072) from Facebook (http://www.facebook.com/profile.php?id=1591260072)

7 days ago

Yeah, I had a lot of friends who couldn't get uploaded. Also, WV bar had a fire alarm right before the exam started haha

Like Reply

**John Kitchings (http://www.facebook.com/profile.php?id=100000076292522)** (http://www.facebook.com/profile.php?id=100000076292522) from Facebook (http://www.facebook.com/profile.php?id=100000076292522)

7 days ago

Emm, that's sadistic. After all that studying and wok for three years and then you have a technical glitch. I'm soo old Emm that in 1986 when I took it, manual was the only option for submission. LOL! I write faster than I type, thank God I'm a dinosaur. There's nothing worse than a recent law graduate they think that they know everything. I can't understand why students are walking around with test books, we had to turn ours in at the same time when they clock expired. Eight hours of writing essay answers, sheesh. I don't miss it.

Like Reply

**Joel JoJo Maiuri (http://www.facebook.com/profile.php?id=100000216355299)** (http://www.facebook.com/profile.php?id=100000216355299) from Facebook (http://www.facebook.com/profile.php?id=100000216355299)

7 days ago

I somehow read that as "Just wait until you see these pissed off twats"

Like Reply

**Mike Leavy (http://www.facebook.com/profile.php?id=100001411596317)** (http://www.facebook.com/profile.php?id=100001411596317) from Facebook (http://www.facebook.com/profile.php?id=100001411596317)

7 days ago

GOOD!

Like Reply

**Emmett Sims (http://www.facebook.com/profile.php?id=685081572)** (http://www.facebook.com/profile.php?id=685081572) from Facebook (http://www.facebook.com/profile.php?id=685081572)

7 days ago

John your thoughts, Counselor?

Like Reply

**Jennifer Dennis (http://www.facebook.com/profile.php?id=1266764085)** (http://www.facebook.com/profile.php?id=1266764085) from Facebook (http://www.facebook.com/profile.php?id=1266764085)

7 days ago

Oh my

Like Reply

**Courtney Young (http://www.facebook.com/profile.php?id=9606668)** (http://www.facebook.com/profile.php?id=9606668) from Facebook (http://www.facebook.com/profile.php?id=9606668)

7 days ago

TOPICS        COMMUNITIES

Oh. Muh. Gawd. I would be flipping the hell out.
ExamSoft is a joke and has been stressing out law
students since their first 1L final. Seriously hoping
this somehow didn't happen to all my friends
taking the bar!

Like   Reply

**Yegor Rowan (http://www.facebook.com/profile.php?**
(http://www.facebook.com/profile.php?id=1092847700)
id=1092847700)                                    7 days ago

That's disgusting.

Like   Reply

**Bill Reiland (http://www.facebook.com/profile.php?id=1391691197)**
(http://www.facebook.com/profile.php?id=1391691197)
                                                  7 days ago

That sucks!

Like   Reply

**Stacy Burr Norton (http://www.facebook.com/profile.php?**
(http://www.facebook.com/profile.php?id=1098639644)
id=1098639644)                                    7 days ago

Horror story. I'm sleeping with the light on tonight.

Like   Reply

**Gavin Pearce (http://www.facebook.com/profile.php?**
(http://www.facebook.com/profile.php?id=1053447021)
id=1053447021)                                    7 days ago

They should be stressed. Their getting a license to
take more per hour than should be legally allowed
for being often incompetent. The bar should be
more difficult. Just my opinion.

Like   Reply

**Dasha Kr**                                       6 days ago
()   Have you taken the bar exam? Do you have
any clue what you're talking about? Unless
you took the exam and passed it, you don't
get to say anything about how much more
difficult it should be.

2   () ()Like   Reply

**Katie C.**                                       6 days ago
()   (1) The legal field is a highly specialized
area of work. We -- meaning lawyers and
law students (I'm speaking as one of the
unfortunate people who encountered the
exam upload failure) have people's financial
lives in our hands in many cases and
sometimes, their literal, breathing LIFE.
Why in the world should we be paid less
than a doctor? Which, btw, we are.

(2) One "billed" hour, if done ethically and
accurately can actually be well over an hour
in real time. For example, I am NOT
ALLOWED to charge a client for the time I
spend researching a new area of law

**3.8k**

Shares ➔

1

Share

✉ (mailto:?
subject=Check



TOPICS

3.8k

Shares ➙

1

Share

(mailto:?
subject=Check

because a seasoned vet attorney wouldn't have to. So, you actually get way more service than you pay for.

(3) One hour's worth of fees will not cover the cost of one book for most beginning attorneys. The books that we desperately need to properly concur research for unappreciative clients, such as yourself. Further, most attorneys can make one student loan payment off of that one hour they billed you for.

(4) Many cases are based on contingency fees. This means that an attorney can work on a case for literally 500 hours and never see a dime for it.

(5) You certainly always have the option to not see kelp from an attorney. The bar exam questions come from idiots that "knew it all" and ultimately just, messed it all up. Go ahead. Please go fail to record a deed so there is one more MBE question for me, and you are forced to go put some money in a struggling attorney's pocket.

Signed,

Someone who was almost homeless because people don't see the worth until they've screwed up, and can't afford help when they realized how epically up shot creek they truly are.

Like   Reply

**Katie C.**                                    6 days ago
And *can't make a single payment off of one hour billed.

Like   Reply

**Doug Hall (http://www.facebook.com/profile.php?**
**id=100007875098836)** (http://www.facebook.com/profile.php?id=100007875098836)
(http://www.facebook.com/profile.php?id=100007875098836)
Wow                                             7 days ago

Like   Reply

**Bryan Perryman Sr. (http://www.facebook.com/profile.php?**
**id=100000539424247)** (http://www.facebook.com/profile.php?id=100000539424247)
(http://www.facebook.com/profile.php?id=100000539424247)
Pissed tweets? Gross....                        7 days ago

1   0 Like   Reply

**Stephanie Bollar (http://www.facebook.com/profile.php?**
**id=100006386700311)** (http://www.facebook.com/profile.php?id=100006386700311)
(http://www.facebook.com/profile.php?id=100006386700311)
Damn shame                                      7 days ago

Like   Reply

**3.8k**

Shares



**Jeff Schwartz (http://www.facebook.com/profile.php?**
(http://www.facebook.com/profile.php?
id=617948247)

7 days ago

Danny Katz your my go to legal analyst. does this
mean they all have to retake the bar? And did your
buddy have this issue the other day?

Like Reply

**Katie C.**  6 days ago

No. Apparently our essays are hidden in a
magical folder somewhere on each,
individual computer. In the event that we
are not able to upload, our computers will
be raised by IT guys, and the exams will be
pieces together. Even if pulled from
computer in bits of binary.

Like Reply

**Crystal Penrose (http://www.facebook.com/profile.php?**
(http://www.facebook.com/profile.php?
id=603976360)

7 days ago

Yeah as if they aren't all stressed enough as it is.

Like Reply

**Steve Antunez (http://www.facebook.com/profile.php?**
(http://www.facebook.com/profile.php?id=100002767467383)
(http://www.facebook.com/profile.php?id=100002767467383)

7 days ago

Smh

Like Reply

# TRENDING ARTICLES

(/lol/mom-twins-bed-time-lapse-video/)

(/lifestyle/pass-out-challenge/)

(/lol/apparently-kid-noah-ritter-interview/)

COMMUNITIES

## This time-lapse of a mom putting her twin boys to bed is the world's best birth control

3.8k
Shares

(/lol/mom-twins-bed-time-lapse-video/) — August 04    7.9k
By Michelle Jaworski ()

And you thought one child was

## The pass-out challenge has teens knocking themselves out on purpose

(/lifestyle/pass-out-challenge/) — August 04    2.9k
By Ikenna Anyoku ()

Teens are embracing a new and

## 'Apparently Kid' steals the show during local county fair interview

(/lol/apparently-kid-noah-ritter-interview/) — August 05    2.8k
By Michelle Jaworski ()

He's already more exciting than

# LATEST ⊙ (/LATEST/)

(/politics/us-new-national-security-leaker-edward-snowden/)

### A 'second Snowden' is leaking secret U.S. documents
August 05    24

(/politics/us-new-national-

(/crime/ddos-real-time-map-world/)

### This map lets you watch DDoS attacks in real time
August 05    3

(/crime/ddos-real-time-map-world/)

(/technology/apple-iphone-event-september-9/)

### Apple's iPhone 6 will be unveiled Sept. 9
August 05    11

(/technology/apple-iphone-event-september-9/)

(mailto:?subject=Check out this Daily Dot story:)

(/geek/scientists-live-tweet-dig/)

### Scientists are live-tweeting a major fossil dig in Wyoming
August 05

(/geek/scientists-live-tweet-dig/)

(/geek/sean-bean-ama-jon-snows-parents/)

### Sean Bean reveals more clues about Jon Snow's parents on 'Game of Thrones'
August 05    10

(/technology/pebble-colorful-smartwatches/)

### Pebble launches candy-colored new smartwatches to court teens
August 05    3

(/technology/pebble-colorful-

(/esports/evil-geniuses-super-week-lcs-dream/)

# A look back at Evil Geniuses' 'dream' Super Week

(/esports/evil-geniuses-super-week-lcs-dream/)

It was a disappinting season. But this week, Evil Geniuses' were on a mission to have their first ever perfect superweek.

By William Turton () — August 05    1

# GEEK ⊙ (/TOPICS/GEEK/)

(/geek/scientists-live-tweet-dig/)

(/geek/mathematics-of-bagel-cutting/)

### The science and art of mathematically perfect bagel cutting
July 30    7.2k

(/geek/mathematics-of-bagel-cutting/)

(/geek/ant-man-janet-van-dyne/)

### Marvel unceremoniously snuffs out female founding member of Avengers team
July 30    2.2k

(/geek/sean-bean-ama-jon-snows-parents/)

### Sean Bean reveals more clues about Jon Snow's parents on 'Game of Thrones'
10

# Scientists are live-tweeting a major fossil dig in Wyoming

(/geek/scientists-live-tweet-dig/)

Watch a fossil dig from the comfort of your

(/geek/robotic-exoskeleton-suit-south-korea/)

(/geek/bill-mantlo-guardians-of-the-galaxy-screening/)

(/geek/star-wars-rebels-expended-preview/)

