# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MAYA DILLARD SMITH, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>EXAMSOFT WORLDWIDE, INC.,<br><br>    *Defendant*. | Case No.: 4:14-cv-3590-PJH<br><br>**[~~PROPOSED~~] ORDER** |

The parties are hereby ORDERED to file a joint status report with the Court no later than 45 days from October 9, 2015 informing the Court as to the status of the final approval of the class action settlement in *West v. ExamSoft Worldwide, Inc.*, No. 14-cv-22950-UU.

Dated: 6/16/15



_____
Hon. Phyllis J. Hamilton
United States District Judge