1 | Matthew J. Preusch (SBN 298144)
KELLER ROHRBACK L.L.P.
2 | 1129 State Street, Suite 8
Santa Barbara, California 93101
3 | (805) 456-1496, Fax (805) 456-1497
mpreusch@kellerrohrback.com
4 |
Lynn Lincoln Sarko, *pro hac vice*
5 | Gretchen Freeman Cappio, *pro hac vice*
Daniel Mensher, *pro hac vice*
6 | KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
7 | Seattle, Washington 98101
(206) 623-1900, Fax (206) 623-3384
8 | lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
9 | dmensher@kellerrohrback.com

10 | **Attorneys for Plaintiff**

11 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
12 | OAKLAND DIVISION

13 | MAYA DILLARD SMITH, Individually And On
Behalf Of All Others Similarly Situated,

14 | No. 4:14-cv-03590-PJH

Plaintiff,

15 | **STIPULATED NOTICE OF DISMISSAL**

v.

16 |

EXAMSOFT WORLDWIDE, INC.,

17 |

Defendant.

18 |

No. 4:14-cv-03590-PJH

1     Plaintiff Maya Dillard Smith and Defendant ExamSoft Worldwide, Inc., ("Parties"), through

2   their undersigned attorneys, hereby agree to dismiss this case with prejudice pursuant to Fed. R. Civ.

3   P. 41(a)(1)(A)(ii).  The parties further stipulate that each party shall bear its own costs and attorneys'

4   fees.

5

6    DATED this 23rd day of November, 2015.

7                                                KELLER ROHRBACK L.L.P.

8                                                By: */s/ Daniel Mensher*
                                                      Daniel Mensher, *pro hac vice*
9
                                                 Attorneys for Plaintiff
10
                                                 KIRKLAND & ELLIS LLP
11
                                                 By: */s/ Ashley E. Littlefield*
12                                                    Ashley E. Littlefield (SBN 281027)
                                                      Kristin Sheffield-Whitehead (SBN 304635)
13
                                                 Attorneys for Defendant
14                                               *ExamSoft Worldwide, Inc.*

15

16
                                             **ATTESTATION**
17
        I, Daniel Mensher, hereby attest, pursuant to Civil Local Rule 5-1(i), that the concurrence to
18
    the filing of this document has been obtained from each signatory hereto.
19
                                                 */s/ Daniel Mensher*
20                                               Daniel Mensher, *pro hac vice*

21

22

23                                               IT IS SO ORDERED

24                                               Judge Phyllis J. Hamilton

25                                               UNITED STATES DISTRICT JUDGE
                                                 Hon. Phyllis J. Hamilton
26

27

28

No. 4:14-cv-03590-PJH                          1                        STIPULATED NOTICE OF
                                                                              DISMISSAL